IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § CASE NUMBER 6:11-CR-00078-06-RC |
| v. | § |
| | § |
| | § |
| BRANDON ROSS STERLING | § |
| | § |

**REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

On March 7, 2018, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Brandon Ross Sterling. The government was represented by Allen Hurst, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Ken Hawk.

Defendant originally pled guilty to the offense of Conspiracy to Possess with Intent to Distribute Cocaine Base, a Class B Felony. The offense carried maximum imprisonment terms of 40 years. The United Sentencing Guideline range, based on a total offense level of 22 and a criminal history category of IV, was 63 to 78 months. On September 12, 2012, District Judge Leonard Davis sentenced Defendant to 70 months imprisonment followed by a 4-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure and participation in a program for testing and treatment of drug abuse. On March 18, 2015, Defendant completed his period of imprisonment and began service of the supervision term.

Under the terms of supervised release, Defendant was required to report to the probation officer in a manner and frequency directed by the Court or probation officer. In its petition, the

government alleges that Defendant violated his conditions of supervised release when, on July 18, 2016, he admitted to failing to report as instructed to his probation officer on July 8, 2016 and July 13, 2016.

If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release when he failed to report as instructed to his probation officer on July 8, 2016 and July 13, 2016, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.3(a)(2). Upon a finding of a Grade C violation, the Court may (a) revoke probation or supervised release; or (b) extend the term of probation or supervised release and/or modify the conditions of supervision. Considering Defendant's criminal history category of IV, the Guideline imprisonment range for a Grade C violation is 6 to 12 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the condition of supervised release referenced above by committing the acts as alleged in the government's petition. In exchange, the government agreed to recommend to the Court a sentence of 6 months with credit for time served from October 19, 2017 with no supervised release to follow. The parties agreed that the sentence will run concurrently with the sentence imposed in the state court action, 47,055A, in the 188th District Court, Gregg County, TX to the extent necessary to effect credit for time served from October 19, 2017.

Pursuant to the Sentencing Reform Act of 1984, the Court **RECOMMENDS** that Defendant Brandon Ross Sterling be committed to the custody of the Bureau of Prisons for a term of imprisonment of 6 months with credit for time served from October 19, 2017 with no supervised release to follow. The Court further **RECOMMENDS** that the sentence will run concurrently with the sentence imposed in the state court action, 47,055A, in the 188th District

Court, Gregg County, TX to the extent necessary to effect credit for time served from October 19, 2017.

**So ORDERED and SIGNED this 7th day of March, 2018.**

*(signature)*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE