**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | **CASE NUMBER 6:11-CR-00078-06-RC** |
| **v.** | § | |
| | § | |
| | § | |
| **BRANDON ROSS STERLING** | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Brandon Ross Sterling be committed to the custody of the Bureau of Prisons for a term of imprisonment of 6 months with credit for time served from October 19, 2017 with no supervised release to follow. The sentence will run concurrently with the sentence imposed in the state court action, 47,055A, in the 188th District Court, Gregg County, TX to the extent necessary to effect credit for time served from October 19, 2017.

**So Ordered and Signed**
**Mar 9, 2018**

_____
Ron Clark, United States District Judge